## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

IN RE:                                                    CASE NO. 13-61502
                                                               Chapter 7

**LEFT FORK MINING COMPANY, INC.**
**DEBTOR**

### NOTICE OF TRUSTEE'S INTENT TO SELL
### PERSONAL PROPERTY AT PRIVATE SALE

PLEASE TAKE NOTICE that Trustee, James R. Westenhoefer, will sell, by private sale

to various buyers, the following described personal property of the bankruptcy estate, to-wit:

| DESCRIPTION | PURCHASER | PURCHASE PRICE |
|---|---|---|
| 2001 Ford F-350 VIN: 3FTST31F31MA07180 | Robert Siler | $ 400.00 |
| 10,000 gallon fuel tank | McVey Land Development | $ 800.00 |
| Generator | McVey Land Development | $ 2,500.00 |
| Fan Tubes and rack | McVey Land Development | $ 200.00 |
| 10 Self-rescuers/ 2 aluminum carrying boxes | McVey Land Development | $ 500.00 |
| 500 gallon tank | McVey Land Development | $ 200.00 |
| Dynapac Compactor (s/n CH47) | David Partin | $ 150.00 |
| Axivane Borehole Fan (s/n 13370) | David Partin | $ 200.00 |
| Tires piled up in front of motor barn | Brooks Tire Service | $ 1,200.00 |
| Thurman Scales | McVey Land Development | $ 6,500.00 |
| Diesel Pump | McVey Land Development | $ 700.00 |
| 500 gallon tank | McVey Land Development | $ 200.00 |
| Power center in shop | McVey Land Development | $ 350.00 |
| Air compressor in shop | McVey Land Development | $ 150.00 |
| VFD belt drive in shop | McVey Land Development | $ 300.00 |
| 2 - speed reducers (one scrap) | McVey Land Development | $ 100.00 |
| Axle empty housing 2 cycle wheels | McVey Land Development | $ 25.00 |

**TOTAL**                                        **$14,475.00**

## NOTICE AND OPPORTUNITY FOR OBJECTION

All parties shall take notice that unless an objection to the foregoing is filed within twenty-one (21) days of the date of this notice, the Court will enter an order approving said sale without further notice to any of the parties.  Any objections shall be filed with the U.S. Bankruptcy Court Clerk, served upon the Trustee and noticed by the objecting party to be heard before the U.S. Bankruptcy Court, London, Kentucky.

/s/James R. Westenhoefer\
JAMES R. WESTENHOEFER, TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by electronic notice and/or by placing same in the U.S. Mail, postage prepaid, addressed to the Debtor, Debtor's Attorney, U.S. Trustee's Office and all creditors and other parties in interest as listed upon the mailing matrix, on this the 22nd day of December, 2014.

/s/James R. Westenhoefer\
JAMES R. WESTENHOEFER, TRUSTEE